CHIPP W. GLOVER and GRACE W. STRIPPEL, administrators, *cum testamento annexo,* respondents,

*v.*

VIRGINIA B. REYNOLDS, appellant.

[Decided January 4th, 1945.]

*Mr. William George,* for the respondents.

*Mr. Raymond G. Becker, Mr. Charles P. Saling* and *Mr. John J. Clancy,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported at *135 N. J. Eq. 113.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.